IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STONEEAGLE SERVICES, INC., | § | Miscellaneous Case No. |
| Plaintiff, | § | _____ |
| vs. | § | Civil Action No. 3:11-CV-2408-P-BD In the United States District Court for the Northern District of Texas, Dallas Division |
| DAVID GILLMAN, *et al.*, | § | *FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER [TRIAL DOCKET NO. 56]* |
| Defendants. | § | |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of R. Heath Cheek, Christopher B. Trowbridge, Beverly A. Whitley and Ross Angus Williams, and for good cause shown, said motion is granted and R. Heath Cheek, Christopher B. Trowbridge, Beverly A. Whitley and Ross Angus Williams are hereby admitted *pro hac vice* to appear in the United States District Court for the Middle District of Tennessee at Nashville and participate in the above-captioned matter as counsel for Plaintiff, Stoneeagle Services, Inc.

_____
Judge